# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2015

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Newman, Jon O. | U.S. Court of Appeals for the Second Circuit | 07/07/2016 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Circuit Judge senior status | ☐ Nomination    Date <br> ☐ Initial   ☑ Annual   ☐ Final <br><br> 5b. ☑ Amended Report | 01/01/2015 <br> to <br> 12/31/2015 |

**7. Chambers or Office Address**

40 Foley Square
New York, NY 10007

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Corporator | Hartford Hospital |
| 2. | Corporator | Institute of Living |
| 3. | Elector | Hartford Atheneum |
| 4. | Life Regent | University of Hartford |
| 5. | Trustee | No. 1 Famly Trust (assets listed in Part VII, lines 114-144 |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Newman, Jon O. | 07/07/2016 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
| --- | --- |
| 1. 9/19/15 | University of North Carolina Press royalty |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
| --- | --- | --- | --- | --- | --- |
| 1. | | | | | |
| 2. | Yale University | Sept. 16-19, 2015 | New Haven, CT | attend Global Constitutional Seminar | breakfasts and parking three days |
| 3. | Duke University | July 22-23 | Washington, D.C. | attend conferebce on class action rules | round trip train fare New York City to Washington D.C. |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Yale University | three nights lodging, lunches, and dinners at Global Constitutional seminar | $900.00 |
| 2. | Duke University | two nights lodging at conference on class action rules | $398.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 07/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Bank accounts and cash (H): | | | | | | | | | |
| 2. Bank of America -- Sarasota, FL -- Checking Acct. | A | Interest | M | T | | | | | |
| 3. Wells Fargo Bank | A | Interest | L | T | | | | | |
| 4. Morgan Stanley account (H): | | | | | | | | | |
| 5. Morgan Stanley Active Assets Tax Free Trust | A | Interest | N | T | | | | | |
| 6. stocks (H): | | | | | | | | | |
| 7. Air Products | C | Dividend | M | T | | | | | |
| 8. Cisco | B | Dividend | L | T | | | | | |
| 9. Cummins | C | Dividend | M | T | | | | | |
| 10. Devon Energy | B | Dividend | L | T | | | | | |
| 11. Express Scripts | | None | M | T | | | | | |
| 12. Johnson and Johnson | C | Dividend | M | T | | | | | |
| 13. Johnson Controls | C | Dividend | N | T | | | | | |
| 14. Merck | D | Dividend | M | T | | | | | |
| 15. Microsoft | B | Dividend | L | T | | | | | |
| 16. Minnesota Miniing and Manufacturing | C | Dividend | M | T | | | | | |
| 17. Royal Dutch Shell | D | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 07/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Total Fina | D | Dividend | M | T | | | | | |
| 19. mutual funds (H): | | | | | | | | | |
| 20. Calamos Growth & Income C Fund | D | Distribution | M | T | | | | | |
| 21. Dreyfus Premier Technology Fund | A | Distribution | K | T | | | | | |
| 22. Fed Max Cap Fund | B | Distribution | K | T | | | | | |
| 23. Henderson Int'l Op. Fund | | None | K | T | | | | | |
| 24. Invesco Balanced Risk Alloc. C Fund | B | Distribution | L | T | | | | | |
| 25. Mainstay Large Cap Fund | B | Dividend | K | T | | | | | |
| 26. Prudential Jennison Small Cap Cl C Fund | C | Distribution | K | T | | | | | |
| 27. Revenueshares Mid Cap ETF, name change to Oppenheimer Mid Cap Revenue | A | Dividend | L | T | | | | | |
| 28. Revenueshares Small Cap, name change to Oppenheimer Small Cap Revenue | A | Dividend | L | T | | | | | |
| 29. Schwab 1000 Fund | B | Distribution | L | T | | | | | |
| 30. SPDR Barcap Short Term Hi Yield Fund | B | Dividend | K | T | | | | | |
| 31. bonds (H): | | | | | | | | | |
| 32. Bay County FL. School Board '19 4.25 | C | Interest | M | T | | | | | |
| 33. Bound Brook NJ '21 4.0 | B | Interest | L | T | Buy | 4/19/16 | L | | |
| 34. Clark Cty Nev. '21 5.0 | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 07/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. CT G.O. Ser. C '16 4.0 | B | Interest | | | Redeemed | 6/1/15 | K | | |
| 36. CT G.O. Ser. C '16 5.0 | B | Interest | L | T | | | | | |
| 37. CT G.O. Ser. E '16 5.0 | B | Interest | L | T | | | | | |
| 38. CT Health & Ed. '15 3.4 | A | Interest | | | Matured | 11/2/15 | K | | |
| 39. CT Health & Ed. '19 5.0 | A | Interest | L | T | | | | | |
| 40. CT Health '16 5.0 | C | Interest | M | T | | | | | |
| 41. CT Spl. Tax '15 2.75 | B | Interest | | | Matured | 2/2/15 | L | | |
| 42. Dallas Tex '17 5.0 | B | Interest | L | T | Buy | 1/2/15 | L | | |
| 43. Danbury CT. '19 2.5 | B | Interest | L | T | | | | | |
| 44. Duncanville TX '18 0 | | None | K | T | | | | | |
| 45. Erlanger-Elsmere KY. sch. '17 3.5 | A | Interest | | | Redeemed | 8/6/15 | K | | |
| 46. Fairfield CT '15 4.25 | B | Interest | | | Matured | 7/15/15 | K | | |
| 47. Florida Hurricane '16 5.0 | B | Interest | L | T | | | | | |
| 48. Fremont CA '15 3.0 | B | Interest | | | Matured | 8/3/15 | K | | |
| 49. Hawaii G.O. '18 4.0 | A | Interest | L | T | | | | | |
| 50. Hartford CT '15 5.25 | C | Interest | | | Matured | 8/18/15 | K | | |
| 51. Jackson County '18 4.0 | B | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 07/07/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Lakewood County CTFS '15 4.0 | A | Interest | | | Matured | 6/1/15 | K | | |
| 53. Lee County School Bd. '17 4.0 | B | Interest | L | T | | | | | |
| 54. Mich St Strat. '20 5.0 | C | Interest | M | T | Buy | 2/24/15 | L | | |
| 55. Northern Mun. Pwr Agy Minn '17 5.0 | A | Interest | L | T | | | | | |
| 56. N.Y. Housing Develop. '18 2.25 | A | Interest | L | T | | | | | |
| 57. Oxford Mass G.O. '19 2.0 | A | Interest | L | T | | | | | |
| 58. Palm Beach Cty FL '27 4.375 | B | Interest | L | T | | | | | |
| 59. Penn Pub. School '18 5.0 | B | Interest | L | T | | | | | |
| 60. Rensselear Co. N.Y. '15 4.2 | B | Interest | | | Matured | 1/2/15 | L | | |
| 61. Shelton CT '17 2.125 | A | Interest | | | Redeemed | 9/10/15 | K | | |
| 62. Spokane Wash. '20 5.0 | B | Interest | L | T | | | | | |
| 63. Tampa Bay FL. Water '18 5.0 | B | Interest | L | T | | | | | |
| 64. Univ. CT '16 5.0 | B | Interest | L | T | | | | | |
| 65. Weber County Utah Mun. Bldg. '13 3.25 | A | Interest | | | Matured | 12/15/15 | K | | |
| 66. Wells Fargo Account (H): | | | | | | | | | |
| 67. Wells Fargo Advisors, Sarasota FL Money Market Acct | A | Interest | J | T | | | | | |
| 68. stocks (H): | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 07/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Aflac | A | Dividend | J | T | | | | | |
| 70. AT&T | A | Dividend | J | T | | | | | |
| 71. Amgen | A | Dividend | J | T | | | | | |
| 72. Apple | A | Dividend | J | T | | | | | |
| 73. Automatic Data Processing | A | Dividend | | | Sold | 1/7/15 | J | A | |
| 74. Berkshire Hathaway | | None | J | T | | | | | |
| 75. Boeing | A | Dividend | J | T | Buy | 7/28/15 | J | | |
| 76. Chemours | | None | | | Spinoff (from line 82) | 7/1/15 | J | | |
| 77. | | | | | Sold | 7/28/15 | J | | |
| 78. Chevron | A | Dividend | | | Sold | 12/22/15 | J | | |
| 79. Colgate-Palmolive | A | Dividend | J | T | | | | | |
| 80. Conoco Phillips | A | Dividend | | | Sold | 12/22/15 | J | | |
| 81. Dow Chemical | A | Dividend | J | T | | | | | |
| 82. DuPont | A | Dividend | J | T | | | | | |
| 83. ExxonMobil | A | Dividend | J | T | Buy | 12/22/15 | J | | |
| 84. General Electric | A | Dividend | J | T | | | | | |
| 85. General Mills | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Gilead Sciences | A | Dividend | J | T | Buy | 2/4/15 | J | | |
| 87. Hakyard Health | A | Dividend | | | Sold | 10/21/15 | J | | |
| 88. Illinois Tool Works | A | Dividend | J | T | | | | | |
| 89. Intel | A | Dividend | J | T | | | | | |
| 90. Johnson & Johnson | A | Dividend | J | T | | | | | |
| 91. JP Morgan Chase | A | Dividend | J | T | | | | | |
| 92. Kimberly-Clark | A | Dividend | J | T | | | | | |
| 93. Merck | A | Dividend | J | T | | | | | |
| 94. Nextera Energy | A | Dividend | J | T | | | | | |
| 95. Pfizer | A | Dividend | J | T | | | | | |
| 96. Procter & Gamble | A | Dividend | J | T | | | | | |
| 97. Qualcomm | A | Dividend | | | Sold | 7/23/15 | J | | |
| 98. UGI Corp. | A | Dividend | J | T | | | | | |
| 99. US Bancorp | A | Dividend | J | T | | | | | |
| 100. Merrill Edge Account (H) | | | | | | | | | |
| 101. Merrill Lynch direct deposit program | | None | K | T | | | | | |
| 102. Ishares core S&P small cap etf fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 07/07/2016 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Ishares S&P small cap 600 growth | A | Dividend | K | T | | | | | |
| 104. Powershares QQQ Trust Units Ser. 1 Fund | A | Dividend | K | T | | | | | |
| 105. Vanguard Mid-Cap Value Index Funs | A | Dividend | K | T | | | | | |
| 106. Apple Inc. | A | Dividend | K | T | Buy | 4/20/15 | K | | |
| 107. Other (H): | | | | | | | | | |
| 108. 1/2 Int. W. Htfd. CT., Condo purchased 8/9/88 $115,000 | | None | L | R | | | | | |
| 109. Thames & Hudson Royalty Contract | A | Royalty | J | W | | | | | |
| 110. AIG Annuity (IRA) | B | Interest | K | T | | | | | |
| 111. AIG Annuity (IRA) | A | Interest | J | T | | | | | |
| 112. Trust No. 1: | E | Int./Div. | P1 | T | | | | | |
| 113. - Morgan Stanley Active Assets Tax Free Trust | | | | | | | | | |
| 114. - stocks (H): | | | | | | | | | |
| 115. - Corning | | | | | | | | | |
| 116. - Covidien | | | | | Sold | 1/27/15 | K | D | |
| 117. - Exxon Mobil | | | | | | | | | |
| 118. - Honeywell | | | | | | | | | |
| 119. - Insteel | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 07/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. - Koninklijke Phillips | | | | | | | | | |
| 121. - Mallinckrodt | | | | | | | | | |
| 122. - M & T Bank | | | | | | | | | |
| 123. - Medtronic | | | | | Buy | 1/27/15 | J | | |
| 124. - Norfolk Southern | | | | | | | | | |
| 125. - Pfizer | | | | | | | | | |
| 126. - The ADT Corp. | | | | | | | | | |
| 127. - Tyco Int'l | | | | | | | | | |
| 128. - mutual funds (H): | | | | | | | | | |
| 129. - Federated Municipal High Yield Advantage A Fund | | | | | | | | | |
| 130. - bonds (H): | | | | | | | | | |
| 131. - Acalanes CA High Sch. '24 5.0 | | | | | Redeemed | 8/3/15 | K | | |
| 132. - Bridgeport, CT '19 5.5 | | | | | | | | | |
| 133. - CT St Spl Tax '20 3.9 | | | | | | | | | |
| 134. - Miami-Dade County FL Sch. Bd. '17 4.0 | | | | | | | | | |
| 135. - New York NY Prior Issues '17 5.0 | | | | | | | | | |
| 136. - Niskayuna NY School Dist. '17 5.0 | | | | | Matured | 4/15/15 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 07/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137.  - Penn. ST Higher ed. '18 5.0 | | | | | | | | | |
| 138.  - Washington State mtr fuel '20 5.0 | | | | | | | | | |
| 139.  - Trust No. 2: | G | Int./Div. | P2 | T | | | | | |
| 140.  - brokerage account No. 1 (H): | | | | | | | | | |
| 141.  - Morgan Stanley Active Assets Tax Free Trust | | | | | | | | | |
| 142.  - stocks (H): | | | | | | | | | |
| 143.  - 3M | | | | | | | | | |
| 144.  - Adobe Systems | | | | | | | | | |
| 145.  - Agilent | | | | | | | | | |
| 146.  - American Express | | | | | | | | | |
| 147.  - Automatic Data Processing | | | | | | | | | |
| 148.  - Baxter Int'l | | | | | | | | | |
| 149.  - Becton Dickinson | | | | | | | | | |
| 150.  - Cigna | | | | | | | | | |
| 151.  - Dominion Resources | | | | | | | | | |
| 152.  - Edwards Life Resources | | | | | | | | | |
| 153.  - Emerson Electric | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 07/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. - Express Scripts | | | | | | | | | |
| 155. - General Mills | | | | | | | | | |
| 156. - Home Depot | | | | | | | | | |
| 157. - Intel | | | | | | | | | |
| 158. - IBM | | | | | | | | | |
| 159. - McDonalds | | | | | | | | | |
| 160. - Microsoft | | | | | | | | | |
| 161. - Plum Creek Timber | | | | | | | | | |
| 162. - Procter & Gamble | | | | | | | | | |
| 163. - RPM Int'l | | | | | | | | | |
| 164. - Travelers | | | | | | | | | |
| 165. - T Rowe Price | | | | | | | | | |
| 166. - bonds (H): | | | | | | | | | |
| 167. - Bethel CT '17 3.0 | | | | | | | | | |
| 168. - Carbon Cnty PA '20 5.0 | | | | | Buy | 4/19/16 | L | | |
| 169. - Clark County Nev '17 3.0 | | | | | | | | | |
| 170. - College of Charleston SC | | | | | Matured | 4/1/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 07/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. - Cromwell CT '20 4.0 | | | | | | | | | |
| 172. - CT Health & Ed '15 3.5 | | | | | Matured | 7/1/15 | K | | |
| 173. - CT Health & Ed '17 5.0 | | | | | | | | | |
| 174. - CT Mun. Elec. '16 4.0 | | | | | | | | | |
| 175. - CT Series D '15 3.5 | | | | | Redeemed | 12/1/15 | K | | |
| 176. - Guilford CT '18 3.0 | | | | | | | | | |
| 177. - FYI PPTYS Wash. Lease '18 5.0 | | | | | Buy | 02/24/15 | L | | |
| 178. - Harrison NJ '20 3.0 | | | | | | | | | |
| 179. - Hartford County '18 3.5 | | | | | | | | | |
| 180. - Indiana St Fin '19 5.0 | | | | | | | | | |
| 181. - Morgan Stanley Active AssetsTax Free Trust | | | | | | | | | |
| 182. - Newtown CT '16 2.25 | | | | | | | | | |
| 183. - New York City Turst for Cultural Reserve '21 5.0 | | | | | | | | | |
| 184. - New York ST Urban Dev '19 5.50 | | | | | | | | | |
| 185. - N.Y. Dorm. Auth. '17 5.0 | | | | | | | | | |
| 186. - Tampa FL '18 4.0 | | | | | | | | | |
| 187. - South Central CT water '15 4.0 | | | | | Redeemed | 8/3/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 07/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. - Southington CT '18 3.5 | | | | | | | | | |
| 189. - Univ. Hawaii '16 4.0 | | | | | | | | | |
| 190. - Washington Health '23 5.25 | | | | | | | | | |
| 191. - brokerage account No. 2 (H): | | | | | | | | | |
| 192. - Mongan Stanley, New Haven, CT Money Market Acct. | | | | | | | | | |
| 193. - stocks (H): | | | | | | | | | |
| 194. - Abbott Labs | | | | | | | | | |
| 195. - Abbvie | | | | | Buy (add'l) | 12/31/15 | J | | |
| 196. - Ace Ltd. | | | | | Buy (add'l) | 1/12/15 | J | | |
| 197. | | | | | Buy (add'l) | 12/15/15 | J | | |
| 198. - Air Products | | | | | | | | | |
| 199. - Alexion Pharm | | | | | Buy | 8/31/15 | J | | |
| 200. - Alphabet Inc. | | | | | | | | | |
| 201. - American Express | | | | | Buy (add'l) | 1/12/15 | J | | |
| 202. | | | | | Buy (add'l) | 6/15/15 | J | | |
| 203. | | | | | Buy (add'l) | 12/31/15 | J | | |
| 204. - Anheuser Busch | | | | | Buy (add'l) | 8/31/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 07/07/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. - Apple | | | | | | | | | |
| 206. - ASML Holding | | | | | Buy (add'l) | 9/1/15 | J | | |
| 207. - Automatic Data Processing | | | | | Sold (part) | 8/31/15 | J | A | |
| 208. - Blackrock | | | | | | | | | |
| 209. - Caterpillar | | | | | Sold | 8/31/15 | J | | |
| 210. - CDN Pacific RY | | | | | | | | | |
| 211. - Celgene | | | | | Buy (add'l) | 6/11/15 | J | | |
| 212. - Chevron | | | | | Sold (part) | 6/11/15 | J | | |
| 213. | | | | | Buy (add'l) | 9/1/15 | J | | |
| 214. - Coca-cola | | | | | Sold (part) | 1/12/15 | J | A | |
| 215. | | | | | Buy (add'l) | 6/15/15 | J | | |
| 216. - Comcast | | | | | Buy (add'l) | 6/11/15 | J | | |
| 217. - Conoco | | | | | Sold (part) | 6/11/15 | J | A | |
| 218. | | | | | Buy (add'l) | 9/1/15 | J | | |
| 219. | | | | | Sold (part) | 12/15/15 | J | | |
| 220. | | | | | Buy (add'l) | 12/31/15 | J | | |
| 221. - Diageo | | | | | Buy (add'l) | 9/1/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. - EOG Resources | | | | | Sold | 12/15/15 | J | A | |
| 223. - Estee Lauder | | | | | | | | | |
| 224. - Exxon Mobil | | | | | Sold (part) | 6/11/15 | J | A | |
| 225. | | | | | Buy (add'l) | 9/1/15 | J | | |
| 226. - Facebook | | | | | Buy | 2/25/15 | J | | |
| 227. | | | | | Buy (add'l) | 12/14/15 | J | | |
| 228. - Franklin Resources | | | | | Buy (add'l) | 6/15/15 | J | | |
| 229. | | | | | Buy (add'l) | 9/1/15 | J | | |
| 230. | | | | | Buy (add'l) | 12/31/15 | J | | |
| 231. - General Electric | | | | | Sold (part) | 1/12/15 | J | A | |
| 232. | | | | | Sold | 2/25/15 | J | A | |
| 233. - Gilead Science (see note in Part VIII) | | | | | | | | | |
| 234. - Google (named changed to Alphabet, listed on line 197) | | | | | Buy | 8/3/15 | J | | |
| 235. - IBM | | | | | Sold (part) | 2/25/15 | J | | |
| 236. | | | | | Sold (part) | 8/31/15 | J | | |
| 237. - Intel | | | | | Sold | 8/31/15 | J | | |
| 238. - International Exchange Group | | | | | Buy | 6/11/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 18 of 56

Name of Person Reporting

Newman, Jon O.

Date of Report

07/07/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. - Johnson & Johnson | | | | | Sold (part) | 1/12/15 | J | A | |
| 240. | | | | | Sold (part) | 2/25/15 | J | A | |
| 241. | | | | | Sold | 8/31/15 | J | A | |
| 242. - JP Morgan Chase | | | | | | | | | |
| 243. - Kraft Food Group | | | | | Sold | 1/12/15 | J | A | |
| 244. - McDonalds | | | | | Sold (part) | 1/12/15 | J | A | |
| 245. - Merck | | | | | Sold (part) | 1/12/15 | J | A | |
| 246. | | | | | Sold | 2/25/15 | J | A | |
| 247. - Microsoft | | | | | Buy | 8/31/15 | J | | |
| 248. - Mondelez | | | | | Sold | 1/12/15 | J | A | |
| 249. - Nestle | | | | | | | | | |
| 250. - News Corp. | | | | | Sold | 6/11/15 | J | A | |
| 251. - Nike | | | | | Buy | 8/31/15 | J | | |
| 252. - Novartis | | | | | Buy (add'l) | 1/12/15 | J | | |
| 253. | | | | | Buy (add'l) | 12/31/15 | J | | |
| 254. - Novo-Nordisk | | | | | | | | | |
| 255. - Occidental Petroleum | | | | | Sold (part) | 6/11/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 256. | | | | | Sold (part) | 12/15/15 | J | | |
| 257. - Oracle | | | | | | | | | |
| 258. - Pepsico | | | | | | | | | |
| 259. - Phillip Morris | | | | | | | | | |
| 260. - Phillips 66 | | | | | Sold | 8/31/15 | J | A | |
| 261. - Praxair | | | | | Buy (add'l) | 9/1/15 | J | | |
| 262. - Qualcomm | | | | | Buy (add'l) | 6/15/15 | J | | |
| 263. | | | | | Buy (add'l) | 9/1/15 | J | | |
| 264. | | | | | Buy (add'l) | 12/31/15 | J | | |
| 265. - Procter & Gamble | | | | | Sold (part) | 6/11/15 | J | A | |
| 266. | | | | | Sold (part) | 8/31/15 | J | A | |
| 267. - Roche Holding | | | | | Buy (add'l) | 1/12/15 | J | | |
| 268. - Royal Dutch | | | | | Sold | 12/15/15 | J | | |
| 269. - Sabmiller | | | | | Buy (add'l) | 9/1/15 | J | | |
| 270. - State St. Corp. | | | | | Buy (add'l) | 1/12/15 | J | | |
| 271. | | | | | Buy (add'l) | 12/31/15 | J | | |
| 272. - Target | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 07/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273.  - Texas Instruments | | | | | Buy | 9/1/15 | J | | |
| 274.  - Time Warner | | | | | Sold | 6/11/15 | J | A | |
| 275.  - Total | | | | | Sold (part) | 2/25/15 | J | | |
| 276. | | | | | Buy (add'l) | 9/1/15 | J | | |
| 277. | | | | | Sold (part) | 12/15/15 | J | | |
| 278.  - Twenty-first Century Fox | | | | | Buy (add'l) | 1/12/15 | J | | |
| 279. | | | | | Buy (add'l) | 6/15/15 | J | | |
| 280. | | | | | Buy (add'l) | 9/1/15 | J | | |
| 281.  - Union Pacific | | | | | Buy (add'l) | 2/25/15 | J | | |
| 282. | | | | | Buy (add'l) | 6/15/15 | J | | |
| 283. | | | | | Buy (add'l) | 9/1/15 | J | | |
| 284. | | | | | Buy (add'l) | 12/31/15 | J | | |
| 285.  - United Technologies | | | | | Buy (add'l) | 9/1/15 | J | | |
| 286.  - Verisign | | | | | Buy | 7/21/15 | J | | |
| 287.  - Visa | | | | | Buy | 2/25/15 | J | | |
| 288. | | | | | Buy (add'l) | 5/15/15 | J | | |
| 289.  - Walgreen | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,000 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 07/07/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 290. - Wal-Mart | | | | | Buy | 6/15/15 | J | | |
| 291. | | | | | Sold (part) | 7/21/15 | J | A | |
| 292. | | | | | Sold | 8/31/15 | J | A | |
| 293. - Walt Disney | | | | | | | | | |
| 294. - Wells Fargo | | | | | Buy (add'l) | 8/31/15 | J | | |
| 295. - Xilinx | | | | | | | | | |
| 296. - exchange traded and closed end funds (H): | | | | | | | | | |
| 297. - Alerian MLP Exchange Traded Fund | | | | | Buy (add'l) | 6/15/15 | J | | |
| 298. | | | | | Buy (add'l) | 9/1/15 | J | | |
| 299. | | | | | Buy (add'l) | 12/14/15 | J | | |
| 300. - PowerShares Russell Midcap Pure Growth Fund | | | | | | | | | |
| 301. - PowerShares Russell Midcap Pure Value Fund | | | | | | | | | |
| 302. - SPDR Dow Jones Wilshire Int'l Real Est. Fund | | | | | | | | | |
| 303. - SPDR Nuveen Barclays Fund | | | | | | | | | |
| 304. -Vanguard TTL World Stk Index Fund | | | | | | | | | |
| 305. - mutual funds (H): | | | | | | | | | |
| 306. - Artisan Mid Cap Fund | | | | | Sold | 7/13/15 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 07/07/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.  - Brandes Emergins Markets I Fund | | | | | Buy (add'l) | 6/15/15 | J | | |
| 308. | | | | | Buy (add'l) | 9/1/15 | J | | |
| 309. | | | | | Buy (add'l) | 12/31/15 | J | | |
| 310.  - Cohen & Steers Realty Fund | | | | | | | | | |
| 311.  - Davis NY Venture Fund | | | | | Buy (add'l) | 9/1/15 | J | | |
| 312. | | | | | Buy (add'l) | 12/31/15 | J | | |
| 313.  - Franklin Conv. Sec. Adv. Fund | | | | | Buy (add'l) | 12/31/15 | J | | |
| 314.  - Invesco Premier Tx Exempt Inst. Fund | | | | | Buy (add'l) | 6/15/15 | J | | |
| 315.  - Invesco Small Cap Value Fund | | | | | Buy | 07/13/15 | J | | |
| 316. | | | | | Buy (add'l) | 12/31/15 | J | | |
| 317.  - JP Morgan Dynamic Sm Cp Gr Sel Fund | | | | | Buy (add'l) | 12/31/15 | J | | |
| 318.  - Legg Mason WA Emerg. Mkt. Debt I Fund | | | | | Buy (add'l) | 6/15/15 | J | | |
| 319. | | | | | Buy (add'l) | 12/31/15 | J | | |
| 320.  - Mainstay Large Cap Grw I Fund | | | | | | | | | |
| 321.  - Mainstay Marketfield I Fund | | | | | Buy (add'l) | 6/15/15 | J | | |
| 322. | | | | | Buy (add'l) | 12/31/15 | J | | |
| 323.  - Nuveen limited term muni bond I Fund | | | | | Buy (add'l) | 6/15/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 07/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. - Oppenheier Int'l Bond Y Fund | | | | | Buy (add'l) | 6/15/15 | J | | |
| 325. - Prudential Jennison Mid Cap GW Z Fund | | | | | Buy (add'l) | 12/31/15 | J | | |
| 326. - Royce Premier Inv Fund | | | | | Sold | 7/13/15 | K | | |
| 327. - Trust No. 3: | F | Int./Div. | P1 | T | | | | | |
| 328. - brokerage account No. 1 (H): | | | | | | | | | |
| 329. - Morgan Stanley Active Assets Tax Free Trust | | | | | | | | | |
| 330. - stocks (H): | | | | | | | | | |
| 331. - 3M Co. | | | | | | | | | |
| 332. - Air Products | | | | | | | | | |
| 333. - Apache | | | | | | | | | |
| 334. - Apple | | | | | | | | | |
| 335. - Danaher | | | | | | | | | |
| 336. - Johnson & Johnson | | | | | | | | | |
| 337. - bonds (H): | | | | | | | | | |
| 338. - Bay County FL School '18 3.5 | | | | | | | | | |
| 339. - CT Higher Ed. '17 3.85 | | | | | | | | | |
| 340. - Greece NY '15 5.0 | | | | | Redeemed | 6/15/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,000 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 07/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341.  - Griswold '18 3.0 | | | | | | | | | |
| 342.  - Henderson Nev. '15 5.0 | | | | | Matured | 9/1/15 | K | | |
| 343.  - Janesville Wis. Sch. '19 4.125 | | | | | Buy | 2/24/15 | L | | |
| 344.  - Marlborough CT '16 4.0 | | | | | | | | | |
| 345.  - N.J. Transp. '17 5.0 | | | | | | | | | |
| 346.  - Okla. Water Resources '19 5.0 | | | | | Buy | 1/17/15 | L | | |
| 347.  - San Buenaventura CA water '17 4.0 | | | | | | | | | |
| 348.  - Southington CT '18 3.5 | | | | | | | | | |
| 349.  - Tampa FL Ubiv, '16 5.0 | | | | | Buy | 3/13/15 | K | | |
| 350.  - brokerage account No. 2 (H): | | | | | | | | | |
| 351.  - Morgan Stanley Active Assets Tax Free Trust | | | | | | | | | |
| 352.  - stocks (H): | | | | | | | | | |
| 353.  - AIA Group | | | | | | | | | |
| 354.  - Air Liquide | | | | | | | | | |
| 355.  - Allianz | | | | | Buy (add'l) | 1/7/15 | J | | |
| 356.  - American Express | | | | | Buy (add'l) | 2/12/15 | J | | |
| 357. | | | | | Buy (add'l) | 7/23/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,000 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 07/07/2016 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358.  - Anheuser Busch | | | | | Sold (part) | 2/18/15 | J | A | |
| 359.  - Annaly Capital Mnmgt | | | | | Buy | 1/2/15 | J | | |
| 360.  - Arm Holdings | | | | | Buy (add'l) | 10/28/15 | J | | |
| 361.  - Atlas Copco | | | | | | | | | |
| 362.  - Baidu | | | | | Buy (add'l) | 2/18/15 | J | | |
| 363. | | | | | Buy (add'l) | 5/26/15 | J | | |
| 364.  - Banco Bilbao | | | | | | | | | |
| 365.  - Barrick Gold | | | | | Sold | 2/4/15 | J | | |
| 366.  - Baxalta | | | | | Spinoff (from line 367) | 6/30/15 | J | | |
| 367.  - Baxter Int'l | | | | | Buy (add'l) | 4/8/15 | J | | |
| 368.  - Bayerische Motore Werke | | | | | Buy (add'l) | 1/7/15 | J | | |
| 369.  - Bed, Bath & Beyond | | | | | Buy (add'l) | 8/27/15 | J | | |
| 370. | | | | | Buy (add'l) | 10/13/15 | J | | |
| 371. | | | | | Sold (part) | 12/22/15 | J | | |
| 372.  - BG Group | | | | | Buy (add'l) | 1/7/15 | J | | |
| 373.  - Bunge | | | | | Buy (add'l) | 1/7/15 | J | | |
| 374. | | | | | Buy (add'l) | 11/25/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. - Canadian National Ry. | | | | | | | | | |
| 376. - Chevron | | | | | Buy (add'l) | 1/7/15 | J | | |
| 377. | | | | | Sold (part) | 4/15/15 | J | A | |
| 378. | | | | | Buy (add'l) | 8/28/15 | J | | |
| 379. - Chubb | | | | | Sold | 7/9/15 | J | D | |
| 380. - Cisco | | | | | | | | | |
| 381. - Coloplast | | | | | Buy | 9/29/15 | J | | |
| 382. - Conoco | | | | | Buy (add'l) | 1/7/15 | J | | |
| 383. | | | | | Sold (part) | 4/15/15 | J | A | |
| 384. | | | | | Sold | 8/28/15 | J | | |
| 385. - CSL Ltd. | | | | | | | | | |
| 386. - CVS | | | | | Sold (part) | 1/7/15 | J | B | |
| 387. | | | | | Sold | 6/16/15 | J | C | |
| 388. - Dassault Systems | | | | | | | | | |
| 389. - DBS Group | | | | | Buy (add'l) | 1/7/15 | J | | |
| 390. - Diamond Offshore Drilling | | | | | Buy (add'l) | 12/2/15 | J | | |
| 391. - Dr. Pepper | | | | | Sold (part) | 2/13/15 | J | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 07/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Sold | 4/15/15 | J | C | |
| 393.  - Ebay | | | | | Buy (add'l) | 7/22/15 | J | | |
| 394.  - Exelon | | | | | Buy (add'l) | 4/17/15 | J | | |
| 395.  - Express Scripts | | | | | Sold (part) | 11/9/15 | J | A | |
| 396.  - Exxon Mobil | | | | | Buy (add'l) | 1/7/15 | J | | |
| 397. | | | | | Buy (add'l) | 5/22/15 | J | | |
| 398. | | | | | Buy (add'l) | 8/28/15 | J | | |
| 399.  - Fanuc Ltd. | | | | | Buy (add'l) | 1/7/15 | J | | |
| 400.  - Franklin Resiources | | | | | Buy | 6/26/15 | J | | |
| 401. | | | | | Buy (add'l) | 8/28/15 | J | | |
| 402. | | | | | Sold (part) | 12/22/15 | J | A | |
| 403.  - Fresenius Medical Care | | | | | | | | | |
| 404.  - Fuchs Petrolub | | | | | Buy (add'l) | 1/7/15 | J | | |
| 405.  - Glaxo Smith Kline | | | | | Buy (add'l) | 1/7/15 | J | | |
| 406. | | | | | Buy (add'l) | 12/22/15 | J | | |
| 407.  - Grifols S.A. | | | | | Buy | 11/13/15 | J | | |
| 408.  - Honda | | | | | Buy (add'l) | 1/7/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. - Hong Kong Exchanges & Clearing | | | | | Sold (part) | 4/21/15 | J | A | |
| 410. | | | | | Sold | 10/2/15 | J | A | |
| 411. - Icici Bank | | | | | Buy (add'l) | 1/7/15 | J | | |
| 412. - Imperial Oil | | | | | Buy (add'l) | 1/7/15 | J | | |
| 413. | | | | | Sold (part) | 11/9/15 | J | | |
| 414. - Itau Unibanco | | | | | Buy (add'l) | 11/11/15 | J | | |
| 415. - JGC | | | | | Buy (add'l) | 1/7/15 | J | | |
| 416. - Johnson & Johnson | | | | | Buy (add'l) | 2/12/15 | J | | |
| 417. - Kone Oyj | | | | | Buy | 2/5/15 | J | | |
| 418. - Linde AG | | | | | Buy (add'l) | 1/7/15 | J | | |
| 419. - L'Oreal | | | | | | | | | |
| 420. - LVMH Moet | | | | | | | | | |
| 421. - Mack Cali Realty | | | | | Buy (add'l) | 1/7/15 | J | | |
| 422. | | | | | Buy (add'l) | 5/22/15 | J | | |
| 423. - Medtronic | | | | | Buy | 1/27/15 | J | | |
| 424. | | | | | Sold (part) | 2/12/15 | J | | |
| 425. - Microsoft | | | | | Sold (part) | 10/26/15 | J | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 07/07/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. - Mitsubishi | | | | | | | | | |
| 427. - Molson | | | | | Sold (part) | 5/29/15 | J | B | |
| 428. | | | | | Sold | 9/18/15 | J | C | |
| 429. - Monotaro | | | | | | | | | |
| 430. - MTN Group | | | | | Buy (add'l) | 1/7/15 | J | | |
| 431. - Naspers Ltd. | | | | | Buy | 7/8/15 | J | | |
| 432. - Nestle | | | | | | | | | |
| 433. - Newmont | | | | | Sold | 1/27/15 | J | | |
| 434. - Novo Nordisk | | | | | Buy (add'l) | 1/7/15 | J | | |
| 435. | | | | | Sold (part) | 11/23/15 | J | A | |
| 436. - Paypal | | | | | Spinoff (from line 393) | 5/14/15 | J | | |
| 437. | | | | | Sold | 7/22/15 | J | B | |
| 438. - Pepsico | | | | | | | | | |
| 439. - PNC Financial | | | | | | | | | |
| 440. - Procter & Gamble | | | | | | | | | |
| 441. - Qualcomm | | | | | Buy | 1/30/15 | J | | |
| 442. - Roche | | | | | Buy (add'l) | 10/2/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 30 of 56

Name of Person Reporting

Newman, Jon O.

Date of Report

07/07/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 443. - Sands China Ltd. | | | | | Buy (add'l) | 5/26/15 | J | | |
| 444. - SAP Ag | | | | | Buy | 1/7/15 | J | | |
| 445. - Sasol | | | | | Buy (add'l) | 1/7/15 | J | | |
| 446. | | | | | Buy (add'l) | 7/6/15 | J | | |
| 447. - Schlumberger | | | | | Buy (add'l) | 11/3/15 | J | | |
| 448. - Schneider | | | | | Buy (add'l) | 1/7/15 | J | | |
| 449. | | | | | Sold | 10/2/15 | J | | |
| 450. - Shire PLC | | | | | Sold | 10/20/15 | J | A | |
| 451. - Sonova | | | | | | | | | |
| 452. - Southwestern Energy | | | | | Buy (add'l) | 1/6/15 | J | | |
| 453. | | | | | Buy (add'l) | 6/26/15 | J | | |
| 454. - Suntrust | | | | | | | | | |
| 455. - Svenska | | | | | | | | | |
| 456. - Swatch | | | | | Buy (add'l) | 1/7/15 | J | | |
| 457. | | | | | Sold | 2/3/15 | J | | |
| 458. - Symrise | | | | | | | | | |
| 459. - Sysmex | | | | | Buy (add'l) | 1/7/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 31 of 56

Name of Person Reporting

Newman, Jon O.

Date of Report

07/07/2016

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Sold (part) | 7/8/15 | J | B | |
| 461. - Taiwan Semiconductor | | | | | Sold (part) | 1/27/15 | J | B | |
| 462. | | | | | Buy (add'l) | 1/30/15 | J | | |
| 463. | | | | | Buy (add'l) | 7/23/15 | J | | |
| 464. - Target | | | | | | | | | |
| 465. - Torchmark | | | | | | | | | |
| 466. - T Rowe Price | | | | | Sold | 6/26/15 | K | | |
| 467. - Travelers | | | | | | | | | |
| 468. - Turkiye Garantu Bankasi | | | | | | | | | |
| 469. - US Bancorp | | | | | | | | | |
| 470. - Unicharm | | | | | | | | | |
| 471. - Unilever NV NY | | | | | Buy (add'l) | 6/24/15 | J | | |
| 472. - Wal-Mart | | | | | Buy (add'l) | 8/19/15 | J | | |
| 473. - Wells Fargo | | | | | | | | | |
| 474. - Whole Foods Markets | | | | | Buy | 8/20/15 | J | | |
| 475. | | | | | Buy (add'l) | 11/11/15 | J | | |
| 476. - WPP PLC | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 32 of 56

Name of Person Reporting

Newman, Jon O.

Date of Report

07/07/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. - Xinyi | | | | | Buy (add'l) | 1/7/15 | J | | |
| 478. | | | | | Sold | 3/11/15 | J | A | |
| 479. - Exchange Traded & Closed End Funds: | | | | | | | | | |
| 480. - IShares MSCI Small Cap Fund | | | | | | | | | |
| 481. - Mutual Funds (H): | | | | | | | | | |
| 482. - Brandes Int'l small cap equity\ I Fund | | | | | Buy | 5/22/15 | K | | |
| 483. - CRM Small Cap Value Inst. Fund | | | | | Buy (add'l) | 1/7/15 | K | | |
| 484. - Franklin Fed. Intrn. Trm. Tx. Fr. Adv. Fund | | | | | | | | | |
| 485. - Gabelli Equity Fund | | | | | | | | | |
| 486. - Invesco Pemier Fund | | | | | Buy (add'l) | 1/7/15 | J | | |
| 487. - Lord Abbett Conv. Fund | | | | | Buy (add'l) | 1/7/15 | K | | |
| 488. - Lord Abbett Emerg. Mkts. Currr.Fund | | | | | Buy (add'l) | 1/7/15 | J | | |
| 489. - Nuveen Ltd. Term Mun. Bond Fund | | | | | Buy (add'l) | 1/7/15 | J | | |
| 490. - Oakmark Int'l Small Cap I Fund | | | | | Buy (add'l) | 1/7/15 | J | | |
| 491. | | | | | Sold | 5/22/15 | K | D | |
| 492. - Oppenheimer Int'l Bond Fund | | | | | Buy (add'l) | 1/7/15 | J | | |
| 493. - Pimco Real Return Fnd | | | | | Buy (add'l) | 1/7/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 33 of 56

**Name of Person Reporting**

Newman, Jon O.

**Date of Report**

07/07/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 494. - Thornburg Int'l Fund | | | | | Buy (add'l) | 1/7/15 | J | | |
| 495. -Tweedy Browne Fund | | | | | Buy (add'l) | 1/7/15 | J | | |
| 496. - Trust No. 4: | E | Int./Div. | P1 | T | | | | | |
| 497. - brokerage account No. 1 (H): | | | | | | | | | |
| 498. - Morgan Stanley Active Assets Tax Free Trust | | | | | | | | | |
| 499. - stocks (H): | | | | | | | | | |
| 500. - Apple | | | | | | | | | |
| 501. - Automatic Data Processing | | | | | | | | | |
| 502. - Danaher | | | | | | | | | |
| 503. - Ecolab | | | | | | | | | |
| 504. - Exxon Mobil | | | | | | | | | |
| 505. - Nike Class B | | | | | | | | | |
| 506. - United Tchnologies | | | | | | | | | |
| 507. - bonds (H): | | | | | | | | | |
| 508. - Kentucky St Prop '19 4.0 | | | | | | | | | |
| 509. - N.J. St Transp. '17 5.75 | | | | | | | | | |
| 510. - NYC Transition Fin. '16 5.0 | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 56

Name of Person Reporting

Newman, Jon O.

Date of Report

07/07/2016

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. - Phoenix AZ Civic Impt. '15 4.0 | | | | | Matured | 7/1/15 | K | | |
| 512. - Southington CT '18 35 | | | | | | | | | |
| 513. - U.S. Treasury '18 9.0 | | | | | | | | | |
| 514. - brokerage account No. 2 (H): | | | | | | | | | |
| 515. - Morgan Stanley Active Assets Tax Free Trust | | | | | | | | | |
| 516. - stocks (H): | | | | | | | | | |
| 517. - AIA Group | | | | | | | | | |
| 518. - Air Liquide | | | | | Buy (add'l) | 1/6/15 | J | | |
| 519. - Allergan | | | | | Buy | 5/10/15 | J | | |
| 520. - Allianz | | | | | Buy (add'l) | 1/6/15 | J | | |
| 521. - AMC | | | | | Buy (add'l) | 1/6/15 | J | | |
| 522. - Anadarko Petroleum | | | | | Buy (add'l) | 8/24/15 | J | | |
| 523. - Anheuser-Busch | | | | | | | | | |
| 524. - Anasys | | | | | Sold (part) | 8/26/15 | J | A | |
| 525. - Arm Holdings | | | | | Buy (add'l) | 10/28/15 | J | | |
| 526. - AspenTechnology\ | | | | | Buy | 4/10/15 | J | | |
| 527. - Atlas Copco | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 56

Name of Person Reporting

Newman, Jon O.

Date of Report

07/07/2016

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. - Autodesk | | | | | | | | | |
| 529. - Baidu | | | | | Buy (add'l) | 5/26/15 | J | | |
| 530. - Banco Bilbao | | | | | Buy (add'l) | 1/6/15 | J | | |
| 531. - Bank of Hawaii | | | | | Buy (add'l) | 3/25/15 | J | | |
| 532. - Bayerische Motoren Werke | | | | | Buy (add'l) | 1/6/15 | J | | |
| 533. - Berkley W.R. | | | | | Buy | 6/18/15 | J | | |
| 534. - BG Group | | | | | Buy (add'l) | 1/6/15 | J | | |
| 535. - Biogen | | | | | Buy (add'l) | 9/22/15 | J | | |
| 536. - Broadcom | | | | | | | | | |
| 537. - Bunge Ltd. | | | | | Buy (add'l) | 11/25/15 | J | | |
| 538. - Cablevision | | | | | Sold | 9/17/15 | J | B | |
| 539. - Canadian Nat. Ry. | | | | | Buy (add'l) | 1/6/15 | J | | |
| 540. -CDW | | | | | | | | | |
| 541. - Church & Dwight | | | | | Sold | 9/15/15 | J | B | |
| 542. - Citrix | | | | | | | | | |
| 543. - Clarcor | | | | | Sold (part) | 1/14/15 | J | A | |
| 544. | | | | | Sold | 6/3/15 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 36 of 56

Name of Person Reporting

Newman, Jon O.

Date of Report

07/07/2016

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545.  - Cohen & Steers | | | | | Sold | 8/18/15 | J | A | |
| 546.  - Coloplast | | | | | Buy | 09/29/15 | J | | |
| 547.  - Comcast | | | | | | | | | |
| 548.  - Cooper Co. | | | | | Buy | 1/9/15 | J | | |
| 549. | | | | | Buy (add'l) | 2/18/15 | J | | |
| 550.  - Copart | | | | | Sold | 1/24/15 | J | A | |
| 551.  - Core Labs | | | | | Buy (add'l) | 9/30/15 | J | | |
| 552.  - Covidien | | | | | Sold | 1/27/15 | J | B | |
| 553.  - Cree | | | | | Buy (add'l) | 1/6/15 | J | | |
| 554.  - CSL | | | | | | | | | |
| 555.  - Cyberonics | | | | | Buy | 1/7/15 | J | | |
| 556. | | | | | Sold | 10/19/15 | J | A | |
| 557.  - Dassault | | | | | | | | | |
| 558.  - DBS | | | | | Buy (add'l) | 1/6/15 | J | | |
| 559.  - Directv | | | | | Sold | 1/30/15 | J | B | |
| 560.  - Discovery Communications | | | | | Buy | 5/12/15 | J | | |
| 561. | | | | | Buy (add'l) | 9/29/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Newman, Jon O. | 07/07/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. - Dolby | | | | | | | | | |
| 563. - Donaldson | | | | | Sold | 9/2/15 | J | | |
| 564. - Dresser-Rand | | | | | Sold | 1/6/15 | J | B | |
| 565. - Equifax | | | | | | | | | |
| 566. - Expeditors Int'l | | | | | | | | | |
| 567. - Factset Research | | | | | Sold (part) | 6/9/15 | J | A | |
| 568. | | | | | Sold (part) | 8/24/15 | J | A | |
| 569. - Fanuc | | | | | Buy (add'l) | 1/6/15 | J | | |
| 570. - Fastenal | | | | | Buy | 7/24/15 | J | | |
| 571. - First Cash Fin. Svcs. | | | | | Buy | 5/1/15 | J | | |
| 572. - Fluor | | | | | Buy (add'l) | 1/6/15 | J | | |
| 573. - Freeport McMoran | | | | | Buy (add'l) | 1/6/15 | J | | |
| 574. | | | | | Buy (add'l) | 9/22/15 | J | | |
| 575. - Fresenius | | | | | | | | | |
| 576. - Fuchs Petrolub | | | | | Buy (add'l) | 1/6/15 | J | | |
| 577. - Grifols S.A. | | | | | Buy | 11/13/15 | J | | |
| 578. - Hong Kong Exchanges & Clearing | | | | | Sold | 4/21/15 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting: Newman, Jon O.

Date of Report: 07/07/2016

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. - Icici | | | | | Buy (add'l) | 1/6/15 | J | | |
| 580. - Immunogen | | | | | Buy (add'l) | 1/6/15 | J | | |
| 581. - Imperial Oil | | | | | Buy (add'l) | 1/6/15 | J | | |
| 582. | | | | | Sold (part) | 11/9/15 | J | | |
| 583. - Isis Pharmaceuticals | | | | | | | | | |
| 584. - Itau Unibanco | | | | | Sold (part) | 7/21/15 | J | | |
| 585. | | | | | Buy (add'l) | 11/11/15 | J | | |
| 586. - Jack Henry | | | | | | | | | |
| 587. - JGC | | | | | Buy (add'l) | 1/6/15 | J | | |
| 588. - Kone Oyj | | | | | Buy | 2/5/15 | J | | |
| 589. - L'Oreal | | | | | | | | | |
| 590. - L3 Comm. | | | | | | | | | |
| 591. - Landstar | | | | | | | | | |
| 592. - Liberty Broadband | | | | | Buy | 1/6/15 | J | | |
| 593. - Liberty Interactive Co. Inter A | | | | | | | | | |
| 594. - Liberty Media | | | | | Buy (add'l) | 1/6/15 | J | | |
| 595. - Linde AG | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. - Livanova | | | | | Buy | 10/19/15 | J | | |
| 597. - LVMH Moet | | | | | | | | | |
| 598. - Manhattan Associates | | | | | Buy | 2/3/15 | J | | |
| 599. | | | | | Sold | 6/8/15 | J | A | |
| 600. - Medtronics | | | | | Buy | 1/27/15 | J | | |
| 601. - Mitsubishi | | | | | | | | | |
| 602. - Monotaro | | | | | Buy (add'l) | 1/6/15 | J | | |
| 603. - Monotype | | | | | Buy (add'l) | 9/2/15 | J | | |
| 604. - MSC Industries | | | | | Sold | 7/24/15 | J | A | |
| 605. - MSCI Inc Com | | | | | Sold (part) | 4/9/15 | J | A | |
| 606. - MTN Group | | | | | Buy (add'l) | 1/6/15 | J | | |
| 607. - Naspers Ltd. | | | | | Buy | 7/8/15 | J | | |
| 608. - National Oilwell | | | | | Buy (add'l) | 1/6/15 | J | | |
| 609. | | | | | Buy (add'l) | 12/16/15 | J | | |
| 610. - Nestle | | | | | | | | | |
| 611. - Nordson | | | | | Buy (add'l) | 1/9/15 | J | | |
| 612. - Novo Nordisk | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613.  - NOW Inc. | | | | | Buy (add'l) | 1/6/15 | J | | |
| 614.  - Nuance Comm. | | | | | Buy (add'l) | 1/6/15 | J | | |
| 615.  - Nucor | | | | | Buy (add'l) | 1/6/15 | J | | |
| 616.  - Pall | | | | | Sold | 5/18/15 | J | C | |
| 617.  - Pentair | | | | | Buy (add'l) | 1/6/15 | J | | |
| 618.  - Primerica | | | | | Buy | 4/21/15 | J | | |
| 619. | | | | | Buy (add'l) | 6/22/15 | J | | |
| 620.  - RBC Bearngs | | | | | | | | | |
| 621.  - Rentrack | | | | | Buy | 4/9/15 | J | | |
| 622.  - Roche | | | | | Buy (add'l) | 10/2/15 | J | | |
| 623.  - Ross Stores | | | | | | | | | |
| 624.  - Sandisk | | | | | Buy (add'l) | 8/18/15 | J | | |
| 625.  - Sands China | | | | | Buy (add'l) | 1/6/15 | J | | |
| 626. | | | | | Buy (add'l) | 5/26/15 | J | | |
| 627.  - SAP AG | | | | | Buy (add'l) | 1/6/15 | J | | |
| 628.  - Sasol | | | | | Buy (add'l) | 1/6/15 | J | | |
| 629. | | | | | Buy (add'l) | 7/6/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Newman, Jon O. | 07/07/2016 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. - Schlumberger | | | | | Buy (add'l) | 11/3/15 | J | | |
| 631. - Schneider | | | | | Buy (add'l) | 1/6/15 | J | | |
| 632. | | | | | Sold | 10/2/15 | J | | |
| 633. - Seagate Tech. | | | | | Buy (add'l) | 7/22/15 | J | | |
| 634. | | | | | Buy (add'l) | 10/20/15 | J | | |
| 635. - Shire PLC | | | | | Sold | 10/20/15 | J | A | |
| 636. - Signature Bank | | | | | | | | | |
| 637. - Sirona | | | | | Sold (part) | 8/27/15 | J | A | |
| 638. - Snap-on | | | | | | | | | |
| 639. - Sonova | | | | | | | | | |
| 640. - Starz Liberty Cap Ser. A | | | | | | | | | |
| 641. - Svenska | | | | | | | | | |
| 642. - Symrise | | | | | Buy (add'l) | 1/6/15 | J | | |
| 643. - Sysmex | | | | | Sold (part) | 7/8/15 | J | A | |
| 644. - Taiwan Semiconductor | | | | | Buy (add'l) | 1/6/15 | J | | |
| 645. - TE Connectivity | | | | | | | | | |
| 646. - The ADT Corp. | | | | | Buy (add'l) | 1/6/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. - Towers Watson | | | | | Sold (part) | 8/26/15 | J | A | |
| 648. - Tripadvisor | | | | | Buy | 8/27/15 | J | | |
| 649. - Turkiye Garanti | | | | | | | | | |
| 650. - Twitter | | | | | Buy | 9/29/15 | J | | |
| 651. | | | | | Buy (add'l) | 12/11/15 | J | | |
| 652. - Tyco Int'l | | | | | | | | | |
| 653. - Unicharm | | | | | | | | | |
| 654. - Unilever | | | | | Buy (add'l) | 6/24/15 | J | | |
| 655. - United Health | | | | | | | | | |
| 656. - Vertex | | | | | | | | | |
| 657. - Wabco Holdings | | | | | | | | | |
| 658. - Weatherford Int'l | | | | | Buy (add'l) | 1/6/15 | J | | |
| 659. - Western Digital Corp. | | | | | Buy | 11/3/15 | J | | |
| 660. | | | | | Buy (add'l) | 12/11/15 | J | | |
| 661. - Winmark | | | | | | | | | |
| 662. - Wolverine | | | | | Sold (part) | 8/27/15 | J | A | |
| 663. | | | | | Sold | 10/28/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. - WPP | | | | | | | | | |
| 665. - Wynn Resorts | | | | | Buy | 9/2/15 | J | | |
| 666. - Xinyi Glass | | | | | Buy (add'l) | 1/6/15 | J | | |
| 667. | | | | | Sold | 3/11/15 | J | A | |
| 668. - Exchange Traded Closed End Funds (H): | | | | | | | | | |
| 669. - Ishares MSCI EAFE Value Fund | | | | | Buy (add'l) | 1/6/15 | J | | |
| 670. - Ishares Russell 3000 Fund | | | | | | | | | |
| 671. - Mutual funds (H): | | | | | | | | | |
| 672. - Alliance Bernstein Global Bond Advisor Fund | | | | | Buy (add'l) | 1/6/15 | J | | |
| 673. - Brandes Emerging Markets I Fund | | | | | Buy (add'l) | 1/6/15 | J | | |
| 674. - Columbia Acorn Fund | | | | | Buy (add'l) | 1/6/15 | J | | |
| 675. | | | | | Buy (add'l) | 12/16/15 | J | | |
| 676. - Franklin Federated Intermediate-Term Tax Free Fund | | | | | Buy (add'l) | 1/6/15 | J | | |
| 677. - Invesco Premier Tax Exempt | | | | | Buy (add'l) | 1/6/15 | J | | |
| 678. - Lateef Fund | | | | | | | | | |
| 679. - Lord Abbett Conv. Fund | | | | | Buy (add'l) | 1/6/15 | J | | |
| 680. - Lord Abbett Emer. Mkts. Fund | | | | | Buy (add'l) | 1/6/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681.  - Pimco Real Return Fund | | | | | Buy (add'l) | 1/6/15 | J | | |
| 682.  - TCW Total Return Bond Fund | | | | | Buy (add'l) | 1/6/15 | J | | |
| 683.  - IRA consisting of Stocks and Corporate (H): Bonds: | E | Int./Div. | P1 | T | | | | | |
| 684.  - brokerage account No. 1 (H): | | | | | | | | | |
| 685.  - Citibank Bank Deposit | | | | | | | | | |
| 686.  - corporate bonds (H): | | | | | | | | | |
| 687.  - Bank of America '16 5.750 | | | | | | | | | |
| 688.  - Caterpillar '15 4.750 | | | | | Matured | 2/17/15 | K | A | |
| 689.  - Lowes '15 5.0 | | | | | Matured | 10/15/15 | K | B | |
| 690.  - municipal bonds (H): | | | | | | | | | |
| 691.  - Ill G.O. '15 4.421 | | | | | Matured | 1/2/15 | K | | |
| 692.  - brokerage account No. 2 (H): | | | | | | | | | |
| 693.  - Morgan Stanley, New Haven, CT liquid asset fund | | | | | | | | | |
| 694.  - stocks (H): | | | | | | | | | |
| 695.  - Abbvie | | | | | Buy | 4/30/15 | J | | |
| 696.  - AIA Group | | | | | | | | | |
| 697.  - Air Liquide | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | Date of Report |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. - Allianz | | | | | | | | | |
| 699. - Allstate | | | | | Sold | 7/29/15 | J | A | |
| 700. - American Electric Power | | | | | | | | | |
| 701. - Ameriprise Financial | | | | | | | | | |
| 702. - Anheuser Busch | | | | | Sold (part) | 2/18/15 | J | A | |
| 703. - Anthem | | | | | Sold (part) | 7/29/15 | J | A | |
| 704. | | | | | Sold | 8/19/15 | J | A | |
| 705. - Apple | | | | | Buy | 9/1/15 | J | | |
| 706. | | | | | Buy (add'l) | 10/12/15 | J | | |
| 707. - Arm Holding | | | | | Buy (add'l) | 10/28/15 | J | | |
| 708. - Atlas Copco | | | | | | | | | |
| 709. - AT&T | | | | | | | | | |
| 710. - Baidu | | | | | Buy (add'l) | 2/18/15 | J | | |
| 711. | | | | | Buy (add'l) | 5/26/15 | J | | |
| 712. - Banco Bilbao | | | | | | | | | |
| 713. - Barrick Gold | | | | | Sold | 1/13/15 | J | | |
| 714. - Bayerische Motoren Werke | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT     Name of Person Reporting     Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. - Baxalta | | | | | Buy | 8/7/15 | J | | |
| 716. | | | | | Sold | 10/23/15 | J | | |
| 717. - Baxter Int'l | | | | | Sold (part) | 5/14/15 | J | | |
| 718. | | | | | Sold (part) | 6/12/15 | J | A | |
| 719. | | | | | Sold | 8/3/15 | J | | |
| 720. - BG Group | | | | | | | | | |
| 721. - BHP Billiton | | | | | Sold | 6/12/15 | J | A | |
| 722. - Bunge | | | | | Buy (add'l) | 11/25/15 | J | | |
| 723. - CA Inc. | | | | | | | | | |
| 724. - Canadian National Ry. | | | | | | | | | |
| 725. - Capitol One | | | | | Buy | 6/22/15 | J | | |
| 726. - Celanese | | | | | Buy | 6/22/15 | J | | |
| 727. - Chevron | | | | | Buy (add'l) | 8/10/15 | J | | |
| 728. - Cisco | | | | | | | | | |
| 729. - Coloplast | | | | | Buy | 9/29/15 | J | | |
| 730. - Conoco Phillips | | | | | Sold (part) | 2/4/15 | J | A | |
| 731. | | | | | Sold (part) | 3/23/15 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 732. | | | | | Sold | 4/2/15 | J | | |
| 733. - CSL | | | | | | | | | |
| 734. - Cummins Inc. | | | | | Buy | 5/15/15 | J | | |
| 735. | | | | | Buy (add'l) | 6/9/15 | J | | |
| 736. | | | | | Sold | 12/16/15 | J | | |
| 737. - Dassault Systems | | | | | | | | | |
| 738. - DBS Group | | | | | | | | | |
| 739. - Dow Chemical | | | | | Buy | 1/2/15 | J | | |
| 740. | | | | | Buy (add'l) | 2/9/15 | J | | |
| 741. | | | | | Sold | 6/22/15 | J | A | |
| 742. - Dupont | | | | | Sold (part) | 1/2/15 | J | A | |
| 743. | | | | | Sold | 2/4/15 | J | A | |
| 744. - Eaton | | | | | Buy | 4/27/15 | J | | |
| 745. | | | | | Buy (add'l) | 8/10/15 | J | | |
| 746. - Exxon Mobil | | | | | Buy | 9/28/15 | J | | |
| 747. - Fanuc | | | | | | | | | |
| 748. - Fifth Third Bank | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 749. - Ford Motor | | | | | Sold (part) | 11/10/15 | J | A | |
| 750. - Freeport-McMoran | | | | | Buy (add'l) | 1/13/15 | J | | |
| 751. | | | | | Sold | 4/14/15 | J | | |
| 752. - Fresenius | | | | | | | | | |
| 753. - Fuchs Petrolub | | | | | | | | | |
| 754. - General Electric | | | | | Sold | 6/9/15 | J | A | |
| 755. - General Motors | | | | | Buy | 11/10/15 | J | | |
| 756. - Gilead Science | | | | | Buy | 5/15/15 | J | | |
| 757. | | | | | Buy (add'l) | 6/3/15 | J | | |
| 758. - GlaxoSmithKline | | | | | Sold | 4/30/15 | J | | |
| 759. - Grifols S.A. | | | | | Buy | 11/12/15 | J | | |
| 760. - Harris Corp. Delaware | | | | | Sold | 3/23/15 | J | A | |
| 761. - Hartford Fin. Serv. (see note, Part VIII) | | | | | | | | | |
| 762. - Hong Kong Exchanges & Clearing | | | | | Sold (part) | 4/21/15 | J | A | |
| 763. | | | | | Sold | 10/02/15 | J | A | |
| 764. - IBM | | | | | Buy | 7/21/15 | J | | |
| 765. - Icici Bank | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT     Name of Person Reporting     Date of Report

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 766.  - Imperial Oil | | | | | Sold<br>(part) | 11/9/15 | J | | |
| 767.  - Intel | | | | | Buy<br>(add'l) | 8/10/15 | J | | |
| 768.  - International Paper | | | | | | | | | |
| 769.  - Itau | | | | | Buy<br>(add'l) | 11/11/15 | J | | |
| 770.  - JGC | | | | | | | | | |
| 771.  - Johnson & Johnson | | | | | | | | | |
| 772.  - JP Morgan Chase | | | | | | | | | |
| 773.  - Kone Oyj | | | | | Buy | 2/5/15 | J | | |
| 774.  - L'Oreal | | | | | | | | | |
| 775.  - Linde AG | | | | | | | | | |
| 776.  - LVMH Moet | | | | | | | | | |
| 777.  - Macy's | | | | | | | | | |
| 778.  - Mattel | | | | | Buy<br>(add'l) | 8/10/15 | J | | |
| 779.  - Merck | | | | | Sold | 3/18/15 | J | | |
| 780.  - Metlife | | | | | | | | | |
| 781.  - Mitsubishi | | | | | | | | | |
| 782.  - Monotaro | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 783.  - MTN Group | | | | | Buy (add'l) | 8/10/15 | J | | |
| 784.  - Naspers | | | | | Buy | 6/10/15 | J | | |
| 785.  - Navient | | | | | Buy (add'l) | 8/10/15 | J | | |
| 786. | | | | | Sold (part) | 9/11/15 | J | | |
| 787. | | | | | Sold | 10/5/15 | J | | |
| 788.  - Nestle | | | | | | | | | |
| 789.  - Norfolk Southern | | | | | Sold (part) | 5/15/15 | J | | |
| 790. | | | | | Sold | 6/12/15 | J | | |
| 791.  - Northrop Grumman | | | | | Sold | 8/7/15 | J | A | |
| 792.  - Novo Nordisk | | | | | Sold (part) | 11/23/15 | J | A | |
| 793.  - Occidental Petrolem | | | | | Sold | 2/4/15 | J | | |
| 794.  - Pfizer | | | | | | | | | |
| 795.  - PNC Financial | | | | | | | | | |
| 796.  - Procter & Gamble | | | | | Buy | 10/21/15 | J | | |
| 797. | | | | | Buy (add'l) | 11/10/15 | J | | |
| 798.  - Public Service Enterprise | | | | | | | | | |
| 799.  - Quest Diagnostics | | | | | Buy | 12/21/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| | Name of Person Reporting | | Date of Report |
|---|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 800. - Roche | | | | | Buy (add'l) | 10/2/15 | J | | |
| 801. - Royal Dutch Shell | | | | | Buy (add'l) | 2/4/15 | J | | |
| 802. | | | | | Buy (add'l) | 8/10/15 | J | | |
| 803. - Ryder Systems | | | | | Buy | 7/21/15 | J | | |
| 804. | | | | | Buy (add'l) | 8/7/15 | J | | |
| 805. - Sands China Ltd | | | | | Buy (add'l) | 5/26/15 | J | | |
| 806. | | | | | Buy (add'l) | 8/10/15 | J | | |
| 807. - SAP | | | | | | | | | |
| 808. - Sasol | | | | | Buy (add'l) | 2/20/15 | J | | |
| 809. - Schlumberger | | | | | | | | | |
| 810. - Schneider Elec. | | | | | Sold | 10/2/15 | J | | |
| 811. - Shire PLC | | | | | Sold | 10/20/15 | J | A | |
| 812. - Sonova | | | | | | | | | |
| 813. - Svenska | | | | | | | | | |
| 814. - Swatch | | | | | Sold | 2/3/15 | J | | |
| 815. - Symantec | | | | | Sold (part) | 9/1/15 | J | | |
| 816. | | | | | Sold | 11/3/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT      Name of Person Reporting      Date of Report

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 817.  - Symrise | | | | | | | | | |
| 818.  - Sysmex | | | | | Sold (part) | 7/8/15 | J | A | |
| 819.  - Taiwan Semiconductors | | | | | Sold (part) | 1/27/15 | J | A | |
| 820.  - Teva Pharmaceuticals (see note Part VIII) | | | | | | | | | |
| 821.  - Total | | | | | Buy (add'l) | 8/10/15 | J | | |
| 822. | | | | | Sold (part) | 9/28/15 | J | | |
| 823.  - Travelers | | | | | Buy (add'l) | 8/5/15 | J | | |
| 824.  - Turkiye | | | | | | | | | |
| 825.  - Unicharm | | | | | | | | | |
| 826.  - Unilever PLC | | | | | Buy (add'l) | 6/24/15 | J | | |
| 827.  - United Technologies | | | | | Buy | 8/3/15 | J | | |
| 828.  - Valero | | | | | Buy | 4/2/15 | J | | |
| 829.  - Verizon | | | | | | | | | |
| 830.  - Walmart | | | | | Buy (add'l) | 9/28/15 | J | | |
| 831.  - Wellpoint (changed name to "Anthem" also reported on line 704) | | | | | Sold | 8/19/15 | J | A | |
| 832.  - Wells Fargo | | | | | | | | | |
| 833.  - WPP | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 834. - Xerox | | | | | Sold | 7/17/15 | J | | |
| 835. - Xinyi Glass | | | | | Sold | 3/11/15 | J | A | |
| 836. - Exchange Traded and Closed End Funds (H): | | | | | | | | | |
| 837. - Ishares Barclays 7-10 Year Treasury Fund | | | | | | | | | |
| 838. - Ishares MSCI EAFE Index Fund | | | | | | | | | |
| 839. - Ishares Russell 1000 Index Fund | | | | | | | | | |
| 840. - Ishares Russell 1000 Value Fund | | | | | | | | | |
| 841. - Ishares Russell 3000 Fund | | | | | | | | | |
| 842. - Ishares Russell mid-cap Fund | | | | | Buy | 9/4/15 | K | | |
| 843. - Ishares TIPS Bond Fund | | | | | | | | | |
| 844. - SPDR DJ Wilshire Int'l Real Estate | | | | | | | | | |
| 845. - Vanguard Utilities Fund | | | | | | | | | |
| 846. - Mutual Funds (H): | | | | | | | | | |
| 847. - Cohen & Steers Pref. Sec. & Inc. 1 | | | | | | | | | |
| 848. - Invesco AIM ATST Premier Fund | | | | | Buy (add'l) | 8/10/15 | J | | |
| 849. - Invesco Mid Cap Core Equity Fund | | | | | Sold | 9/4/15 | K | A | |
| 850. - Legg Mason Western Asset Emerging Markets Fund | | | | | Buy (add'l) | 8/10/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 851.   - Mainstay Marketfield I Fund | | | | | Buy (add'l) | 8/10/15 | J | | |
| 852.   - Oppenheimer Int'l Fund | | | | | Buy (add'l) | 8/10/15 | J | | |
| 853.   - Pimco Real Return Fund | | | | | Sold | 8/10/15 | L | | |
| 854.   - Pimco Total Return Fund | | | | | Buy (add'l) | 8/10/15 | J | | |
| 855.   - Oppenheimer SR Floating Rate Fund (see note, Part VIII) | | | | | | | | | |
| 856.   Swatch (see note, Part VIII) | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII:

global: all entries have been listed alphabetically within separately numbered brokerage accounts and, within each account, grouped within categories labeled "stocks," "exchange traded and closed end funds," "mutual funds," and "bonds" as permitted according to advice received from committee staff.

Line 27: Name change Revenueshares Mid Cap ETF to Oppenheimer Mid Cap Revenue
Line 28: Name change from Revenueshares Small Cap ETF ro Oppenheimer Small Cap Revenue
Line 134: The maturity date of this bond was inadvertently listed as '17. The maturity date was is in fact '15.
Line 197: On Oct. 5, 2015, Google changed its name to Alphabet Inc. The Google purchase is shown on line 231.
Line 230 This stock issue was inadvertently omitted from the 2014 form. 12 shares were purchased on 2/14/2014 for $975.14.
Line 297: This fund has changed its name.
Line 298: This fund has changed its name.
line 329: 3m stock was inadvertently omitted from the 2014 form. It had been purchased in an earlier year.
Line 374: This spinoff should have been reported on the 2014 report. This report includes the sale of the shares that were spun-off.
Line 757: The entry for Hartford Fin. Serv. on the 2014 report should have indicated "sold in partt" instead of "sold."
Line 816: The entry for Teva Pharmaceuticals on the 2014 report should have indicated "sold in part" instead of "sold."
Line 855: Oppenheimer SR Floating Rate Fund, which was listed on the 2014 report, was inadvertently marked as partly sold when in fact it was entirely sold on the date indicated with the proceeds and gain as reported.
Line 856: Swatch, which was listed on the 2014 report as a holding within Trust No. 4, brokerage account No. 2, was sold on Febray 3, 2015; the proceeds were in Category J, and there was no gain.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jon O. Newman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544